## STATE OF CONNECTICUT *v.* ALLEN YOUNG
### (AC 15767)

O'Connell, Spear and Hennessy, Js.

Argued June 6—officially released July 8, 1997

Per Curiam. The judgment is affirmed.

## RODNEY DAVIS CONTRACTOR, INC. *v.* SALLY R. HUNGERFORD

## SALLY R. HUNGERFORD *v.* RODNEY DAVIS ET AL.
### (AC 16096)

O'Connell, Spear and Hennessy, Js.

Argued June 6—officially released July 8, 1997

Per Curiam. The judgment is affirmed.

## ERNEST BREINER *v.* VIN'S KEY CLUB, INC., ET AL.
### (AC 15962)

O'Connell, Spear and Hennessy, Js.

Argued June 6—officially released July 8, 1997

Per Curiam. The judgment is affirmed.